Before Judge Oliver, June 13, 1967

No. R67/79.—Kay Pee Import Export Co. (Franklin B. Howland) *v.* United States, reappraisement R62/8453 (San Francisco).

In accordance with stipulation of counsel that the merchandise and facts are the same in all material respects as those in *Kay Pee Import Export Co.* v. *United States* (56 Cust. Ct. 696, R.D. 11164), the court found and held that the proper basis for appraisement of the merchandise in question is export value, as defined in section 402a(d), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, and that such statutory value is 39 cents per box of 60 pieces, net packed.

No. R67/80.—Continental Mdse. Co., Inc. *v.* United States, reappraisement R64/19198 (New York).

In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those in *Panation Trade Co.* v. *United States* (54 Cust. Ct. 758, A.R.D. 181), the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the cigarette lighters here in question and that such value is equal to the appraised values, less inspection fees in the sum of $0.05 per dozen.

Before Judge Oliver, June 21, 1967

No. R67/81.—Panation Trade Co. *v.* United States, reappraisements R63/4415 and R64/3724 (New York).

In accordance with stipulation of counsel that the merchandise and issues are the same in all material respects as those in *W. J. Byrnes & Co. of N.Y., Inc.* v. *United States* (46 Cust. Ct. 719, Reap. Dec. 10032), and in *Panation Trade Co.* v. *United States* (54 Cust. Ct. 758, A.R.D. 181), the court found that the proper basis for appraisement is export value, as defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, and held that such statutory values for the involved cigarette lighters are the invoice unit ex-factory prices, plus, when not included in such prices, the cost of packing as invoiced.